Cassandra M. Angel, SBN 237976
**GORDON-CREED, KELLEY,**
**HOLL, ANGEL & SUGERMAN, LLP**
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 421-3100
Facsimile: (415) 421-3150
angel@gkhs.com

Attorneys for Defendants
SCHNEIDER NATIONAL BULK CARRIERS, INC.
and WILLIAM JAMES MAGRO
(incorrectly referred to as
WILLIAM JAMES MARCO)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE LUIS MARTINEZ MOZO, JESSICA MONSERRAT MATA ROMERO, SALLY LAKSHMI MARTINEZ MATA, a minor by and through her guardian Ad Litem, JESSICA MONSERRAT MATA ROMERO,

Plaintiffs,

vs.

WILLIAM JAMES MARCO, SCHNEIDER NATIONAL BULK CARRIERS, INC. and DOES 1 to 30, inclusive.

Defendants.

Case No.: _5:22-cv-00582

**EXHIBIT A TO DEFENDANTS SCHNEIDER NATIONAL BULK CARRIER, INC. AND WILLIAM JAMES MAGRO'S NOTICE OF REMOVAL TO U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA [28 USC § 1441 – DIVERSITY JURISDICTION]**

Removed from: Superior Court of California San Bernardino County, Case No. CIVSB2124800

# EXHIBIT A

SUM-100

# SUMMONS
*(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 25 2021

BY [signature]
ANGELINE GARCIA, DEPUTY

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
WILLIAM JAMES MARCO, SCHNEIDER NATIONAL BULK CARRIERS, INC. and DOES 1 to 30, inclusive

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JOSE LUIS MARTINEZ MOZO, JESSICA MONSERRAT MATA ROMERO, "ADDITIONAL PARTIES FORM IS ATTACHED"

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site*(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association.NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California*(www.sucorte.ca.gov)*, en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services,* (www.lawhelpcalifornia.org), *en el Centro de Ayuda de las Cortes de California,*(www.sucorte.ca.gov) *o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER: *(Número del Caso):* CIV SB 2124800

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
247 WEST THIRD STREET
SAN BERNARDINO, CALIFORNIA 92415-0210

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BENJAMIN D. SWANSON, ESQ. SBN: 266629 THE SWANSON LAW GROUP
31824 VILLAGE CENTER ROAD, G-UNIT (818) 852-7300
WESTLAKE VILLAGE, CA 91361

DATE: *(Fecha)* FEB 25 2022 Clerk, by *(Secretario)* Angeline Garcia, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

COPY

NOTICE TO THE PERSON SERVED: You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: SCHNEIDER NATIONAL BULK CARRIERS, INC.

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☒ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

CEB ceb.com Essential Forms

MARTINEZ MOZO, JOSE LUIS

SUM-200(A)

| SHORT TITLE: MARTINEZ MOZO, et al. v. MARCO, et al. | CASE NUMBER: CIVSB2124800 |
|---|---|

INSTRUCTIONS FOR USE

- This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
- If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

[X] Plaintiff [ ] Defendant [ ] Cross-Complainant [ ] Cross-Defendant

SALLY LAKSHMI MARTINEZ MATA, a minor by and through her guardian Ad Litem, JESSICA MONSERRAT MATA ROMERO

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

CEB ceb.com | Essential Forms

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons** MARTINEZ MOZO, JOSE LUIS

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
BENJAMIN D. SWANSON, ESQ. SBN: 266629
THE SWANSON LAW GROUP
31824 VILLAGE CENTER ROAD, C-UNIT
WESTLAKE VILLAGE, CA 91361
TELEPHONE NO: (818) 852-7300 FAX NO (Optional): (818) 852-7298
E-MAIL ADDRESS (Optional): ben@theswansonlawgroup.com
ATTORNEY FOR (Name): PLAINTIFFS

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

DEC 15 2021

BY ANDREA PLACENCIA, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 WEST THIRD STREET
MAILING ADDRESS: SAME AS ABOVE
CITY AND ZIP CODE: SAN BERNARDINO, CALIFORNIA 92415-0210
BRANCH NAME: SAN BERNARDINO JUSTICE CENTER

PLAINTIFF: JOSE LUIS MARTINEZ MOZO, JESSICA MONSERRAT MATA ROMERO, SEE "ATTACHMENT 4" FOR ADDITIONAL PARTIES

DEFENDANT: WILLIAM JAMES MARCO, SCHNEIDER NATIONAL BULK CARRIERS, INC. and

[X] DOES 1 TO 30, inclusive

COMPLAINT-Personal Injury, Property Damage, Wrongful Death

[ ] AMENDED (Number):

Type (check all that apply):

[X] MOTOR VEHICLE [X] OTHER (specify): GENERAL NEGLIGENCE

[ ] Property Damage [ ] Wrongful Death

[X] Personal Injury [ ] Other Damages (specify):

Jurisdiction (check all that apply):

[ ] ACTION IS A LIMITED CIVIL CASE

Amount demanded [ ] does not exceed $10,000

[ ] exceeds $10,000, but does not exceed $25,000

[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint

[ ] from limited to unlimited

[ ] from unlimited to limited

CASE NUMBER: CIV SB 2124800

1. Plaintiff (name or names): JOSE LUIS MARTINEZ MOZO, JESSICA MONSERRAT MATA ROMERO, SALLY LAKSHMI MARTINEZ MATA, a minor

alleges causes of action against defendant (name or names): WILLIAM JAMES MARCO, SCHNEIDER NATIONAL BULK CARRIERS, INC. and DOES 1 to 30, inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult

a. [X] except plaintiff (name): SALLY LAKSHMI MARTINEZ MATA

(1) [ ] a corporation qualified to do business in California

(2) [ ] an unincorporated entity (describe):

(3) [ ] a public entity (describe):

(4) [X] a minor [ ] an adult

(a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

(b) [X] other (specify): FOR WHOM A GUARDIAN AD LITEM SHALL BE APPOINTED

(5) [ ] other (specify):

b. [ ] except plaintiff (name):

(1) [ ] a corporation qualified to do business in California

(2) [ ] an unincorporated entity (describe):

(3) [ ] a public entity (describe):

(4) [ ] a minor [ ] an adult

(a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

(b) [ ] other (specify):

(5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
CEB ceb.com Essential Forms

COMPLAINT-Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

MARTINEZ MOZO, JOSE LUIS

4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant *(name):*
SCHNEIDER NATIONAL BULK CARRIERS, INC.
(1) ☐ a business organization, form unknown
(2) ☒ a corporation
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

b. ☐ **except** defendant *(name):*
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

c. ☐ **except** defendant *(name):*
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

d. ☐ **except** defendant *(name):*
(1) ☐ a business organization, form unknown
(2) ☐ a corporation
(3) ☐ an unincorporated entity *(describe):*
(4) ☐ a public entity *(describe):*
(5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
a. ☒ Doe defendants *(specify Doe numbers):* 1-15 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
b. ☒ Doe defendants *(specify Doe numbers):* 16-30 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
a. ☐ has complied with applicable claims statutes, **or**
b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: MARTINEZ MOZO, et al. v. MARCO, et al. | CASE NUMBER: CIVSB2124800 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [X] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify)* :

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [X] other damage *(specify)* :
   PRE-JUDGEMENT INTEREST ACCORDING TO PROOF

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
   (2) [ ] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
   (1) [X] according to proof
   (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
   MV-1, MV-2 and GN-1

Date: December 8, 2021

Benjamin D. Swanson, Esq.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

CEB ceb.com | Essential Forms

MARTINEZ MOZO, JOSE LUIS

PLD-PI-001(1)

| SHORT TITLE: MARTINEZ MOZO, et al. v. MARCO, et al. | CASE NUMBER: CIVSB2124800 |
|---|---|

FIRST (number) **CAUSE OF ACTION- Motor Vehicle**

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: JOSE LUIS MARTINEZ MOZO, JESSICA MONSERRAT MATA ROMERO, SALLY LAKSHMI MARTINEZ MATA, a minor

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date)*: 12/21/2019
at *(place)*: I-5 SB near El Dorado Ave. in Manteca, CA

MV-2. DEFENDANTS

a. [X] The defendants who operated a motor vehicle are *(names)*:
WILLIAM JAMES MARCO and

[X] Does 1 to 30

b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names)*: SCHNEIDER NATIONAL BULK CARRIERS, INC. and

[X] Does 1 to 30

c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names)*:
SCHNEIDER NATIONAL BULK CARRIERS, INC. and

[X] Does 1 to 30

d. [X] The defendants who entrusted the motor vehicle are *(names)*:
SCHNEIDER NATIONAL BULK CARRIERS, INC. and

[X] Does 1 to 30

e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
WILLIAM JAMES MARCO and

[X] Does 1 to 30

f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f [X] as follows:
TO BE DETERMINED THROUGH DISCOVERY

[X] Does 1 to 30

**Page** 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION - Motor Vehicle**

Code of Civil Procedure § 425.12
*www.courtinfo.ca.gov*

CEB ceb.com | Essential Forms

MARTINEZ MOZO, JOSE LUIS

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| MARTINEZ MOZO, et al. v. MARCO, et al. | CIVSB2124800 |

SECOND (number) **CAUSE OF ACTION- General Negligence** Page 5

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: JOSE LUIS MARTINEZ MOZO, JESSICA MONSERRAT MATA ROMERO, SALLY LAKSHMI MARTINEZ MATA, a minor

alleges that defendant *(name)*: WILLIAM JAMES MARCO, SCHNEIDER NATIONAL BULK CARRIERS, INC. and

[X] Does 1 to 30

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: 12/21/2019

at *(place)*: I-5 SB near El Dorado Ave. in Manteca, CA

*(description of reasons for liability)* :

Defendants, and each of them, so negligently, carelessly and/or recklessly owned, operated, used, drove, maintained, loaned and/or entrusted their motor vehicle at the aforesaid time and place, so as to cause their motor vehicle to strike Plaintiff's motor vehicle, thereby proximately causing the injuries and damamges Plaintiffs complain of herein.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION- General Negligence**

CEB ceb.com | Essential Forms

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

MARTINEZ MOZO, JOSE LUIS

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MARTINEZ MOZO, et al. v. MARCO, et al. | CIVSB2124800 |

**ATTACHMENT** *(Number)*: 4

*(This Attachment may be used with any Judicial Council form.)*

SALLY LAKSHMI MARTINEZ MATA, a minor by and through her guardian Ad Litem, JESSICA MONSERRAT MATA ROMERO

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ____ of ____
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

CEB ceb.com | Essential Forms

MARTINEZ MOZO, JOSE LUIS

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
BENJAMIN D. SWANSON, ESQ. SBN: 266629
THE SWANSON LAW GROUP
31824 VILLAGE CENTER ROAD, G-UNIT
WESTLAKE VILLAGE, CA 91361
TELEPHONE NO: (818) 952-[illegible] FAX NO. (Optional): (818) 852-7298
E-MAIL ADDRESS: ben@theswansonlawgroup.com
ATTORNEY FOR (Name): PLAINTIFFS

FOR COURT USE ONLY
FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION
DEC 15 2021
BY ANDREA PLACENCIA, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 WEST THIRD STREET
MAILING ADDRESS: SAME AS ABOVE
CITY AND ZIP CODE: SAN BERNARDINO, CALIFORNIA 92415-0210
BRANCH NAME: SAN BERNARDINO JUSTICE CENTER

CASE NAME: MARTINEZ MOZO, et al. v. MARCO, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CIV SB 2 1 2 4 8 0 0<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [X] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: TWO
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 8, 2021

Benjamin D. Swanson
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

## NOTICE

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. September 1, 2021]
CEB Essential ceb.com Forms
CIVIL CASE COVER SHEET
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courts.ca.gov
MARTINEZ MOZO, JOSE LUIS

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief from Late Claim
  - Other Civil Petition

MARTINEZ MOZO, JOSE LUIS

CIV-010

ATTORNEY (Name, State Bar number, and address):
BENJAMIN D. SWANSON, ESQ. SBN: 266629
THE SWANSON LAW GROUP
31824 VILLAGE CENTER ROAD, G-UNIT
WESTLAKE VILLAGE, CA 91361
TELEPHONE NO.: (818) 852-7300 FAX NO. (Optional): (818) 852-7298
E-MAIL ADDRESS (Optional): ben@theswansonlawgroup.com
ATTORNEY FOR (Name): PLAINTIFFS

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 04 2022

By ANGELINE GARCIA, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 WEST THIRD STREET
MAILING ADDRESS: SAME AS ABOVE
CITY AND ZIP CODE: SAN BERNARDINO, CALIFORNIA 92415-0210
BRANCH NAME: SAN BERNARDINO JUSTICE CENTER

PLAINTIFF/PETITIONER: JOSE LUIS MARTINEZ MOZO, et al.

DEFENDANT/RESPONDENT: WILLIAM JAMES MARCO, et al.

## APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - CIVIL

[X] EX PARTE

CASE NUMBER: CIV SB 2124800

*NOTE: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.*

1. Applicant *(name)*: JESSICA MONSERRAT MATA ROMERO is
   a. [X] the parent of *(name)*: SALLY LAKSHMI MARTINEZ MATA
   b. [ ] the guardian of *(name)*:
   c. [ ] the conservator of *(name)*:
   d. [ ] a party to the suit.
   e. [ ] the minor to be represented *(if the minor is 14 years of age or older)*.
   f. [ ] another interested person *(specify capacity)*:

2. This application seeks the appointment of the following person as guardian ad litem *(state name, address, and telephone number)*:
   JESSICA MONSERRAT MATA ROMERO
   3111 Water St
   San Jose CA 95111 Tel: 408-509-0633

3. The guardian ad litem is to represent the interests of the following person *(state name, address, and telephone number)*:
   SALLY LAKSHMI MARTINEZ MATA
   3111 Water St
   San Jose CA 95111 Tel: 408-509-0633

4. The person to be represented is:
   a. [X] a minor *(date of birth)*: 04/29/2013
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [X] the person named in item 3 has a cause or causes of action on which suit should be brought *(describe)*:
   Auto v. Auto, Personal Injury

[ ] Continued on Attachment 5a.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2008]

CEB Essential Forms ceb.com

APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM-CIVIL

Code of Civil Procedure § 372 et seq.

MARTINEZ MOZO, JOSE LUIS

Doc ID: 80cd598b062eb1be6cdaacdac0ea8a2ad6fda827

CIV-010

| PLAINTIFF/PETITIONER: JOSE LUIS MARTINEZ MOZO, et al. DEFENDANT/RESPONDENT: WILLIAM JAMES MARCO, et al. | CASE NUMBER: CIVSB2124800 |
|---|---|

5. b. [ ] more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

c. [ ] the person named in item 3 has no guardian or conservator of his or her estate.

d. [X] the appointment of a guardian ad litem is necessary for the following reasons (*specify*):
TO PROTECT THE INTERESTS OF THE MINOR

[ ] Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. [X] related (*state relationship*): MOTHER OF MINOR
   b. [ ] not related (*specify capacity*):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (*If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed*):

[ ] Continued on Attachment 7.

BENJAMIN D. SWANSON, ESQ.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12 / 08 / 2021

JESSICA MONSERRAT MATA ROMERO
(TYPE OR PRINT NAME)

▶ Jessica Mata
(SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Date: 12 / 08 / 2021

JESSICA MONSERRAT MATA ROMERO
(TYPE OR PRINT NAME)

▶ Jessica Mata
(SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

## ORDER [X] EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (*name*): JESSICA MONSERRAT MATA ROMERO
is hereby appointed as the guardian ad litem for (*name*): SALLY LAKSHMI MARTINEZ MATA
for the reasons set forth in item 5 of the application.

Date: JAN 04 2022

GILBERT G. OCHOA
JUDICIAL OFFICER

[ ] SIGNATURE FOLLOWS LAST ATTACHMENT

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

JOSE LUIS MARTINEZ MOZO, et al.

vs.

WILLIAM JAMES MARCO, et al.

CASE NO

CIVSB 2124800

CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the SAN BERNARDINO JUSTICE CENTER District of the Superior Court under Rule 131 and General Order of this court for the checked reason

[X] General    [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [ ] | 3. Contract | Performance in the district is expressly provided for |
| [ ] | 4. Equity | The cause of action arose within the district |
| [ ] | 5. Eminent Domain | The property is located within the district |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district |
| [ ] | 10. Name Change | The petitioner resides within the district |
| [X] | 11. Personal Injury | The injury occurred within the district |
| [ ] | 12. Personal Property | The property is located within the district |
| [ ] | 13. Probate | Decedent resided or resides within or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district |
| [ ] | 15. Review | The defendant functions wholly within the district |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20. Other | |
| [ ] | 21. THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

Defendants business address is located within the county — 1691 S. Auto Center Dr.
NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR — ADDRESS

San Bernardino — CA — 92408
CITY — STATE — ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed

on December 8, 2021 at Westlake Village, California.

Signature of Attorney/Party

Essential Forms

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: ______________<br>UNLIMITED CASE: ____<br>LIMITED CASE: ____ | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO** | | |
| COURTHOUSE ADDRESS: | | |
| PLAINTIFF: | | |
| DEFENDANT: | | |
| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | | CASE NUMBER: |

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided. This document must be filed and served at least 15 days prior to the trial setting conference date.**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (*name*):
   b. ☐ This statement is submitted jointly by parties (*names*):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case in Complaint:**

5. **Description of case in Cross-Complaint:**

6. Has all discovery been completed: Yes ☐ No ☐ Date discovery anticipated to be completed: ______________

7. Do you agree to mediation? Yes ☐ No ☐ Please check type agreed to: Private: _____ Court-sponsored: _____

8. **Related cases, consolidation, and coordination:** Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ **Trial dates requested: Yes** ☐ No ☐ Available dates: ________________
   Time estimate: __________

9. **Other issues:**
   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer:**
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (*if any*): _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
Date: ________________

| | |
|---|---|
| ______________________________<br>(TYPE OR PRINT NAME) | ______________________________<br>(SIGNATURE OF PARTY OR ATTORNEY |
| ______________________________<br>(TYPE OR PRINT NAME) | ______________________________<br>(SIGNATURE OF PARTY OR ATTORNEY |



SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Mozo et al -v- Marco et al | |
|---|---|
| NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT | Case Number<br>CIVSB2124800 |

THE SWANSON LAW GROUP
31824 VILLAGE CENTER ROAD G-UNIT
WESTLAKE VILLAGE CA 91361

This case has been assigned to: Gilbert Ochoa In Department S24 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date: 06/15/2022 at 9:00 AM in Department S24 - SBJC

The Trial Setting Conference will be held in chambers without the appearance of the parties – except for good cause shown. (see Emergency Local Rule 411.1).

Parties shall file and serve no later than 15 days prior to the trial setting conference the mandatory Initial Trial Setting Conference Statement form (local form #13-09001-360) included with this notice. Prior to the date of the initial trial setting conference, the court may entertain a written stipulation by all appearing parties to continue the initial trial setting conference if filed at least 30 days prior to the conference.

Date: 12/15/2021

Nancy CS Eberhardt, Court Executive Officer

By: Andrea Placencia
Andrea Placencia, Deputy Clerk

---

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

- ☐ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.
- ☐ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.
- ☒ A copy of this notice was given to the filing party at the counter.
- ☐ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing: 12/15/2021

I declare under penalty of perjury that the forgoing is true and correct. Executed on 12/15/2021 at San Bernardino, CA.

By: Andrea Placencia
Andrea Placencia, Deputy Clerk



# Alternative Dispute Resolution

Alternate Dispute Resolution (ADR) provides an opportunity for parties to receive assistance reaching a resolution in their small claims, landlord tenant, civil, family law, probate case with a trained mediator. These services are provided by Inland Fair Housing and Mediation Board (IFHMB).

These services are available in the following court locations:

- Barstow
- Fontana
- Joshua Tree
- San Bernardino Justice Center
- San Bernardino Historic
- Victorville

Using ADR to resolve disputes can:

- Save time, since it can take a lot less time to work out and write up an agreement than go through a trial.
- Save money on attorney's fees, fees for expert witnesses and other expenses.
- More control over the outcome. In ADR, parties participate more actively in creating a workable solution than leaving the decision up to a judge or a jury. Also, it can create solutions that go beyond what the court can do.